United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Claudia M Stemler  
       Debtor

Case No. 16-13344-ref  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: Lisa     Page 1 of 1     Date Rcvd: Aug 16, 2018  
                         Form ID: trc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 18, 2018.  
13823195        BANK OF AMERICA,    PO BOX 31785,    TAMPA, FL, 33631-3785

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                            TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                         TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 18, 2018                                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 16, 2018 at the address(es) listed below:  
        JEROME B. BLANK    on behalf of Creditor    Bank of America, NA, paeb@fedphe.com  
        KEVIN G. MCDONALD    on behalf of Creditor    Bank of America, N.A. c/o Carrington Mortgage Services, LLC bkgroup@kmllawgroup.com  
        KEVIN G. MCDONALD    on behalf of Creditor    Bank of America, NA, bkgroup@kmllawgroup.com  
        LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
        LYNN E. FELDMAN    on behalf of Debtor Claudia M Stemler feldmanfiling@rcn.com  
        THOMAS YOUNG.HAE SONG    on behalf of Creditor    Bank of America, NA, paeb@fedphe.com  
        United States Trustee     USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM MILLER*R    ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com  
                                                                                                           TOTAL: 8

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 16-13344-ref
Chapter 13

In re: Debtor(s) (including Name and Address)

Claudia M Stemler
4561 N Hedgerow Dr
Allentown PA 18103-6026

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 08/16/2018.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 14: BANK OF AMERICA, PO BOX 31785, TAMPA, FL, 33631-3785 | CARRINGTON MORTGAGE SERVICES, LLC as Servicer for BANK OF AMERICA, N.A. 1600 South Douglass Road Anaheim, CA 92806 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   08/18/18

Tim McGrath
**CLERK OF THE COURT**