United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 16-13344-ref
Claudia M Stemler                                               Chapter 13
            Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4          User: Lisa           Page 1 of 1          Date Rcvd: Apr 10, 2019
                             Form ID: trc          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 12, 2019.
   NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13828751        +E-mail/Text: bncmail@w-legal.com Apr 11 2019 02:37:59     Comenity Capital Bank/Paypal Credit,
                 c/o Weinstein & Riley, PS,    2001 Western Ave., Ste 400,    Seattle, WA 98121-3132
                                                                                    TOTAL: 1

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 12, 2019                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 9, 2019 at the address(es) listed below:
          JEROME B. BLANK    on behalf of Creditor    Bank of America, NA, paeb@fedphe.com
          KEVIN G. MCDONALD    on behalf of Creditor    Bank of America, N.A. c/o Carrington Mortgage
          Services, LLC bkgroup@kmllawgroup.com
          KEVIN G. MCDONALD    on behalf of Creditor    Bank of America, NA, bkgroup@kmllawgroup.com
          LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
          ecf_frpa@trustee13.com
          LYNN E. FELDMAN    on behalf of Debtor Claudia M Stemler feldmanfiling@rcn.com
          SCOTT WATERMAN    ECFmail@fredreiglech13.com,   ECF_FRPA@Trustee13.com
          THOMAS YOUNG.HAE SONG    on behalf of Creditor    Bank of America, NA, paeb@fedphe.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                    TOTAL: 8

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 16-13344-ref
Chapter 13

In re: Debtor(s) (including Name and Address)

Claudia M Stemler
4561 N Hedgerow Dr
Allentown PA 18103-6026

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 04/09/2019.

Name and Address of Alleged Transferor(s):

Claim No. 15: Comenity Capital Bank/Paypal Credit, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121

Name and Address of Transferee:

SYNCHRONY BANK
c/o Weinstein & Riley, P.S.
2001 Western Ave, Ste 400
Seattle, WA 98121

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   04/12/19

Tim McGrath

**CLERK OF THE COURT**