| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
### Chapter 13 Case No. 16-13344-PMM

CLAUDIA M STEMLER  
4561 N HEDGEROW DR  
ALLENTOWN  PA    18103-6026

Petition Filed Date: 05/10/2016  
341 Hearing Date: 08/30/2016  
Confirmation Date: 12/15/2016

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/17/2019 | $428.62 | | 02/01/2019 | $428.62 | | 02/28/2019 | $857.24 | |
| 04/22/2019 | $428.62 | | 05/06/2019 | $428.62 | | 06/06/2019 | $428.62 | |
| 07/15/2019 | $428.62 | | 08/15/2019 | $428.62 | | 09/23/2019 | $428.62 | |
| 10/09/2019 | $428.62 | 6242144000 | 11/25/2019 | $428.62 | 6352241000 | 01/09/2020 | $428.62 | 6465999000 |
| 01/21/2020 | $428.62 | 6492089000 | 02/10/2020 | $428.62 | 6551058000 | 03/16/2020 | $428.62 | 6641940000 |
| 04/07/2020 | $428.62 | 6696443000 | 05/11/2020 | $428.62 | 6773343000 | 06/11/2020 | $428.62 | 6848651000 |
| 07/09/2020 | $428.62 | 6923747000 | 08/10/2020 | $428.62 | 7003504000 | | | |

**Total Receipts for the Period: $9,001.02   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $17,307.60**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 16 | CLEARVIEW MANOR TOWNSHIP ASSOCIATION »» 016 | Secured Creditors | $400.00 | $400.00 | $0.00 |
| 3 | AMERICAN INFOSOURCE LP »» 003 | Unsecured Creditors | $2,990.59 | $760.42 | $2,230.17 |
| 4 | AMERICAN INFOSOURCE LP »» 004 | Unsecured Creditors | $1,968.51 | $500.57 | $1,467.94 |
| 15 | BILL ME LATER AS SERVICER for SYNCHRONY BANK »» 015 | Unsecured Creditors | $1,333.63 | $339.10 | $994.53 |
| 5 | BANK OF AMERICA »» 005 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | CACH, LLC »» 006 | Unsecured Creditors | $762.79 | $179.98 | $582.81 |
| 14 | CARRINGTON MORTGAGE SERVICES LLC »» 14P | Mortgage Arrears | $5,068.00 | $5,068.00 | $0.00 |
| 14 | CARRINGTON MORTGAGE SERVICES LLC »» 014 | Mortgage Arrears | $1,936.09 | $1,936.09 | $0.00 |
| 1 | DISCOVER BANK »» 001 | Unsecured Creditors | $909.12 | $231.16 | $677.96 |
| 13 | MERRICK BANK »» 013 | Unsecured Creditors | $2,996.99 | $762.05 | $2,234.94 |
| 2 | MIDLAND CREDIT MANAGEMENT INC AS AGENT »» 002 | Unsecured Creditors | $2,045.12 | $520.00 | $1,525.12 |
| 8 | NEW CENTURY FINANCIAL »» 008 | Unsecured Creditors | $2,570.83 | $653.72 | $1,917.11 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES »» 009 | Unsecured Creditors | $506.58 | $119.51 | $387.07 |

**Chapter 13 Case No. 16-13344-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 10 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 010 | Unsecured Creditors | $744.35 | $175.61 | $568.74 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 011 | Unsecured Creditors | $1,233.37 | $313.62 | $919.75 |
| 12 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 012 | Unsecured Creditors | $2,322.35 | $590.49 | $1,731.86 |
| 7 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 007 | Unsecured Creditors | $623.79 | $147.13 | $476.66 |
| 17 | LYNN E FELDMAN ESQ<br>»» 017 | Attorney Fees | $1,810.00 | $1,810.00 | $0.00 |
| 17 | LYNN E FELDMAN ESQ<br>»» 17B | Attorney Fees | $500.00 | $500.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $17,307.60 | Current Monthly Payment: | $428.62 |
| Paid to Claims: | $15,007.45 | Arrearages: | $0.00 |
| Paid to Trustee: | $1,480.20 | Total Plan Base: | $21,165.18 |
| Funds on Hand: | $819.95 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.