Office Mailing Address:                                                                      Send Payments **ONLY** to:
Scott F. Waterman, Trustee                                                                   Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100                                                          P.O. Box 680
Reading, PA  19606                                                                           Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
### Chapter 13 Case No. 16-13344-PMM

CLAUDIA M STEMLER                                                        Petition Filed Date: 05/10/2016
4561 N HEDGEROW DR                                                       341 Hearing Date: 08/30/2016
ALLENTOWN  PA    18103-6026                                             Confirmation Date: 12/15/2016

Case Status: Completed on 5/10/2021

## RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|------|--------|-----------|------|--------|-----------|------|--------|-----------|
| 01/09/2020 | $428.62 | 6465999000 | 01/21/2020 | $428.62 | 6492089000 | 02/10/2020 | $428.62 | 6551058000 |
| 03/16/2020 | $428.62 | 6641940000 | 04/07/2020 | $428.62 | 6696443000 | 05/11/2020 | $428.62 | 6773343000 |
| 06/11/2020 | $428.62 | 6848651000 | 07/09/2020 | $428.62 | 6923747000 | 08/10/2020 | $428.62 | 7003504000 |
| 09/11/2020 | $428.62 | 7078853000 | 10/08/2020 | $428.62 | 7140137000 | 11/09/2020 | $428.62 | 7218103000 |
| 12/09/2020 | $428.62 | 7295349000 | 01/07/2021 | $428.62 | 7345141000 | 02/09/2021 | $428.62 | 7393047000 |
| 03/08/2021 | $428.62 | 7482305000 | 04/12/2021 | $428.62 | 7563049000 | 05/10/2021 | $428.62 | 7661702000 |

Total Receipts for the Period: $7,715.16   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $21,165.18

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 16 | CLEARVIEW MANOR TOWNSHIP ASSOCIATION »» 016 | Secured Creditors | $400.00 | $400.00 | $0.00 |
| 3 | AMERICAN INFOSOURCE LP »» 003 | Unsecured Creditors | $2,990.59 | $1,322.40 | $1,668.19 |
| 4 | AMERICAN INFOSOURCE LP »» 004 | Unsecured Creditors | $1,968.51 | $870.46 | $1,098.05 |
| 15 | BILL ME LATER AS SERVICER for  SYNCHRONY BANK »» 015 | Unsecured Creditors | $1,333.63 | $589.72 | $743.91 |
| 5 | BANK OF AMERICA »» 005 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | CACH, LLC »» 006 | Unsecured Creditors | $762.79 | $337.31 | $425.48 |
| 14 | CARRINGTON MORTGAGE SERVICES LLC »» 14P | Mortgage Arrears | $5,068.00 | $5,068.00 | $0.00 |
| 14 | CARRINGTON MORTGAGE SERVICES LLC »» 014 | Mortgage Arrears | $1,936.09 | $1,936.09 | $0.00 |
| 1 | DISCOVER BANK »» 001 | Unsecured Creditors | $909.12 | $401.98 | $507.14 |
| 13 | MERRICK BANK »» 013 | Unsecured Creditors | $2,996.99 | $1,325.23 | $1,671.76 |
| 2 | MIDLAND CREDIT MANAGEMENT INC AS AGENT »» 002 | Unsecured Creditors | $2,045.12 | $904.31 | $1,140.81 |
| 8 | NEW CENTURY FINANCIAL »» 008 | Unsecured Creditors | $2,570.83 | $1,136.80 | $1,434.03 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES »» 009 | Unsecured Creditors | $506.58 | $223.98 | $282.60 |

**Chapter 13 Case No. 16-13344-PMM**

| 10 | PORTFOLIO RECOVERY ASSOCIATES »» 010 | Unsecured Creditors | $744.35 | $329.13 | $415.22 |
|----|--------------------------------------|---------------------|---------|---------|---------|
| 11 | PORTFOLIO RECOVERY ASSOCIATES »» 011 | Unsecured Creditors | $1,233.37 | $545.37 | $688.00 |
| 12 | PORTFOLIO RECOVERY ASSOCIATES »» 012 | Unsecured Creditors | $2,322.35 | $1,026.90 | $1,295.45 |
| 7 | PORTFOLIO RECOVERY ASSOCIATES »» 007 | Unsecured Creditors | $623.79 | $275.83 | $347.96 |
| 17 | LYNN E FELDMAN ESQ »» 017 | Attorney Fees | $1,810.00 | $1,810.00 | $0.00 |
| 17 | LYNN E FELDMAN ESQ »» 17B | Attorney Fees | $500.00 | $500.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $21,165.18 | Current Monthly Payment: | $0.00 |
| Paid to Claims: | $19,003.51 | Arrearages: | $0.00 |
| Paid to Trustee: | $1,775.91 | Total Plan Base: | $21,165.18 |
| Funds on Hand: | $385.76 | | |

### NOTES:

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/
for more  information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.