United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Claudia M Stemler  
    Debtor

Case No. 16-13344-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 3  
Date Rcvd: Jul 27, 2021      Form ID: 138NEW      Total Noticed: 51

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 29, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Claudia M Stemler, 4561 N Hedgerow Dr, Allentown, PA 18103-6026 |
| smg | + | Bureau of Audit and Enforcement, City of Allentown, 435 Hamilton Street, Allentown, PA 18101-1603 |
| smg | | City Treasurer, Eighth and Washington Streets, Reading, PA 19601 |
| smg | + | Dun & Bradstreet, INC, 3501 Corporate Pkwy, P.O. Box 520, Centre Valley, PA 18034-0520 |
| smg | + | Lehigh County Tax Claim Bureau, 17 South Seventh Street, Allentown, PA 18101-2401 |
| smg | + | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| cr | + | SYNCHRONY BANK, 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 13823195 | | BANK OF AMERICA, PO BOX 31785, TAMPA, FL, 33631-3785 |
| 13725516 | | Bank Of America, PO Box 2278, Norfolk, VA 23501-2278 |
| 13760910 | | Bank Of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 13725518 | | Bank of America, PO Box 45144 Box 45144, Jacksonville, FL 32232-5144 |
| 13725517 | | Bank of America, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 13783567 | | Bank of America, NA, c/o Jerome Blank, Esq., 1617 JFK Boulevard, Suite 1400, 1 Penn Center Plaza, Philadelphia, PA 19103 |
| 13725519 | | Bryan's Spanish Cove Owners Association, 10600 W Charleston Blvd, Las Vegas, NV 89135-1014 |
| 13725523 | + | Carrie Brown Esq, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 14176081 | + | Carrington Mortgage Services, c/o Kevin G. McDonald, Esq., 701 Market Street, Ste 5000, Philadelphia, PA 19106-1541 |
| 13725526 | | Clearview Manor Townhouse Association, c/o David A klein Real Estate, 2200 W Tilghman St Ste 204, Allentown, PA 18104-4378 |
| 13725528 | | Daniel Santucci, 1 International Plz Fl 5, Philadelphia, PA 19113-1510 |
| 13725533 | | Inc, 24700 Chagrin Blvd # 205, Beachwood, OH 44122-5630 |
| 13725536 | | New Century Financial, c/o Pressler and Pressler, 7 Entin Rd, Parsippany, NJ 07054-5020 |
| 13784553 | + | New Century Financial Services, Inc., c/o Pressler and Pressler, LLP, 7 Entin Road, Parisppany, NJ 07054-5020 |
| 13725537 | | Northstar Location Services, 4285 Genesee St, Attn: Financial Services Dept, Buffalo, NY 14225-1943 |
| 13725541 | + | TD Bank USA/Target Credit, 3701 Wayzata Blvd, Minneapolis, MN 55416-3440 |

TOTAL: 23

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 27 2021 23:21:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jul 27 2021 23:21:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 27 2021 23:24:11 | CACH, LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 13725515 | | Email/Text: legal@arsnational.com | Jul 27 2021 23:21:00 | ARS National Services, 201 W Grand Ave, Escondido, CA 92025-2603 |
| 13725520 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 27 2021 23:24:11 | CACH, 4340 S Monaco St # 2nd, Denver, CO 80237-3485 |

Case 16-13344-pmm    Doc 66    Filed 07/29/21    Entered 07/30/21 00:38:55    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 27, 2021 | Form ID: 138NEW | Total Noticed: 51 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 13772410 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 27 2021 23:24:11 | CACH, LLC, PO Box 10587, Greensville, SC 29603-0587 |
| 14182522 | + | Email/Text: BKBCNMAIL@carringtonms.com | Jul 27 2021 23:21:00 | CARRINGTON MORTGAGE SERVICES, LLC, as Servicer for BANK OF AMERICA, N.A., 1600 South Douglass Road, Anaheim, CA 92806-5951 |
| 13725525 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 27 2021 23:38:36 | CBNA, PO Box 6497 Box 6497, Sioux Falls, SD 57117-6497 |
| 13725521 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jul 27 2021 23:24:26 | Capital One Bank, 4851 Cox Rd, Glen Allen, VA 23060-6293 |
| 13746021 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jul 27 2021 23:24:27 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 13725522 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jul 27 2021 23:24:26 | Capital One National Assoc, PO Box 26030, Richmond, VA 23260-6030 |
| 13746020 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jul 27 2021 23:24:27 | Capital One, N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 13725524 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 27 2021 23:24:14 | Carson Smithfield LLC, PO Box 9216, Old Bethpage, NY 11804-9016 |
| 13828751 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 27 2021 23:21:00 | Comenity Capital Bank/Paypal Credit, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 13725527 | | Email/PDF: creditonebknotifications@resurgent.com | Jul 27 2021 23:24:15 | Credit One Bank, PO Box 60500, City of Industry, CA 91716-0500 |
| 13725529 | | Email/Text: mrdiscen@discover.com | Jul 27 2021 23:21:00 | Discover, 6500 New Albany Rd E, New Albany, OH 43054-8730 |
| 13739511 | | Email/Text: mrdiscen@discover.com | Jul 27 2021 23:21:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 13725530 | | Email/Text: bknotice@ercbpo.com | Jul 27 2021 23:21:00 | Enhanced Recovery Corp, 8014 Bayberry Rd, Jacksonville, FL 32256-7412 |
| 13809575 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 27 2021 23:24:09 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 13745161 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 27 2021 23:21:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 13725534 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 27 2021 23:24:15 | Merrick Bank, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 13725535 | | Email/Text: bankruptcydpt@mcmcg.com | Jul 27 2021 23:21:00 | Midland Funding LLC, 8875 Aero Dr Ste 200, San Diego, CA 92123-2255 |
| 13725538 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 27 2021 23:24:09 | Portfolio Recovery Assoc., 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 13773636 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 27 2021 23:24:14 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14304133 | + | Email/Text: bncmail@w-legal.com | Jul 27 2021 23:21:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 13725539 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 27 2021 23:38:37 | Sunoco Citibank, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 13725540 | | Email/PDF: gecsedi@recoverycorp.com | Jul 27 2021 23:24:26 | Syncb/Old Navy, Box 965005, Orlando, FL 32896-5005 |
| 13725542 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 27 2021 23:38:33 | THD/CBSD, PO Box 6497, Sioux Falls, SD 57117-6497 |

TOTAL: 28

| District/off: 0313-4 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jul 27, 2021 | Form ID: 138NEW | Total Noticed: 51 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | BANK OF AMERICA, N.A., PO BOX 31785, TAMPA, FL 33631-3785 |
| 13795042 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13795050 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13795151 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13725531 | ## | First Step Group, 6300 Shingle Creek Pkwy Ste 220, Brooklyn Center, MN 55430-2162 |
| 13725532 | ## | Hayt Hayt & Landau, 123 S Broad St Ste 1660, Philadelphia, PA 19109-1003 |

TOTAL: 0 Undeliverable, 4 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2021        Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 27, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| JEROME B. BLANK | on behalf of Creditor Bank of America NA, paeb@fedphe.com |
| KEVIN G. MCDONALD | on behalf of Creditor Bank of America N.A. c/o Carrington Mortgage Services, LLC bkgroup@kmllawgroup.com |
| KEVIN G. MCDONALD | on behalf of Creditor Bank of America NA, bkgroup@kmllawgroup.com |
| LISA MARIE CIOTTI | on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com ecf_frpa@trustee13.com |
| LYNN E. FELDMAN | on behalf of Debtor Claudia M Stemler feldmanfiling@rcn.com |
| REBECCA ANN SOLARZ | on behalf of Creditor BANK OF AMERICA N.A. bkgroup@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| THOMAS YOUNG.HAE SONG | on behalf of Creditor Bank of America NA, paeb@fedphe.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 9

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

___

In Re: Claudia M Stemler
        Debtor(s)                                                   Bankruptcy No: 16−13344−pmm

                                                                                     Chapter: 13

___

## NOTICE OF DEADLINES

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1.  The Standing Chapter 13 Trustee has filed his final report and account.

☐    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1 328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

> United States Bankruptcy Court
> Office of the Clerk, Gateway Building
> 201 Penn Street, 1st Floor
> Reading, PA 19601

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                          For The Court
                                                          Timothy B. McGrath
                                                          Clerk of Court

Dated: 7/27/21

                                                                                      65 − 64
                                                                                  Form 138_new