United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Claudia M Stemler  
    Debtor

Case No. 16-13344-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 3  
Date Rcvd: Aug 06, 2021      Form ID: 138FIN      Total Noticed: 49

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 08, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Claudia M Stemler, 4561 N Hedgerow Dr, Allentown, PA 18103-6026 |
| smg | + | Bureau of Audit and Enforcement, City of Allentown, 435 Hamilton Street, Allentown, PA 18101-1603 |
| smg | | City Treasurer, Eighth and Washington Streets, Reading, PA 19601 |
| smg | + | Dun & Bradstreet, INC, 3501 Corporate Pkwy, P.O. Box 520, Centre Valley, PA 18034-0520 |
| smg | + | Lehigh County Tax Claim Bureau, 17 South Seventh Street, Allentown, PA 18101-2401 |
| smg | + | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| 13823195 | | BANK OF AMERICA, PO BOX 31785, TAMPA, FL, 33631-3785 |
| 13725516 | | Bank Of America, PO Box 2278, Norfolk, VA 23501-2278 |
| 13760910 | | Bank Of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 13725518 | | Bank of America, PO Box 45144 Box 45144, Jacksonville, FL 32232-5144 |
| 13725517 | | Bank of America, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 13783567 | | Bank of America, NA, c/o Jerome Blank, Esq., 1617 JFK Boulevard, Suite 1400, 1 Penn Center Plaza, Philadelphia, PA 19103 |
| 13725519 | | Bryan's Spanish Cove Owners Association, 10600 W Charleston Blvd, Las Vegas, NV 89135-1014 |
| 13725523 | + | Carrie Brown Esq, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 14176081 | + | Carrington Mortgage Services, c/o Kevin G. McDonald, Esq., 701 Market Street, Ste 5000, Philadelphia, PA 19106-1541 |
| 13725526 | | Clearview Manor Townhouse Association, c/o David A klein Real Estate, 2200 W Tilghman St Ste 204, Allentown, PA 18104-4378 |
| 13725528 | | Daniel Santucci, 1 International Plz Fl 5, Philadelphia, PA 19113-1510 |
| 13725533 | | Inc, 24700 Chagrin Blvd # 205, Beachwood, OH 44122-5630 |
| 13725536 | | New Century Financial, c/o Pressler and Pressler, 7 Entin Rd, Parsippany, NJ 07054-5020 |
| 13784553 | + | New Century Financial Services, Inc., c/o Pressler and Pressler, LLP, 7 Entin Road, Parisppany, NJ 07054-5020 |
| 13725537 | | Northstar Location Services, 4285 Genesee St, Attn: Financial Services Dept, Buffalo, NY 14225-1943 |
| 13725541 | + | TD Bank USA/Target Credit, 3701 Wayzata Blvd, Minneapolis, MN 55416-3440 |

TOTAL: 22

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 06 2021 23:32:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Aug 06 2021 23:33:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13725515 | | Email/Text: legal@arsnational.com | Aug 06 2021 23:32:00 | ARS National Services, 201 W Grand Ave, Escondido, CA 92025-2603 |
| 13725520 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 06 2021 23:42:25 | CACH, 4340 S Monaco St # 2nd, Denver, CO 80237-3485 |
| 13772410 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 06 2021 23:42:32 | CACH, LLC, PO Box 10587, Greensville, SC 29603-0587 |
| 14182522 | + | Email/Text: BKBCNMAIL@carringtonms.com | | |

Case 16-13344-pmm   Doc 69   Filed 08/08/21   Entered 08/09/21 00:33:20   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 06, 2021 | Form ID: 138FIN | Total Noticed: 49 |

| Recipient ID | | Notice Method | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| | | | Aug 06 2021 23:32:00 | CARRINGTON MORTGAGE SERVICES, LLC, as Servicer for BANK OF AMERICA, N.A., 1600 South Douglass Road, Anaheim, CA 92806-5951 |
| 13725525 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 06 2021 23:42:28 | CBNA, PO Box 6497 Box 6497, Sioux Falls, SD 57117-6497 |
| 13725521 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Aug 06 2021 23:42:24 | Capital One Bank, 4851 Cox Rd, Glen Allen, VA 23060-6293 |
| 13746021 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Aug 06 2021 23:42:31 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 13725522 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Aug 06 2021 23:42:27 | Capital One National Assoc, PO Box 26030, Richmond, VA 23260-6030 |
| 13746020 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Aug 06 2021 23:42:24 | Capital One, N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 13725524 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 06 2021 23:42:28 | Carson Smithfield LLC, PO Box 9216, Old Bethpage, NY 11804-9016 |
| 13828751 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 06 2021 23:32:00 | Comenity Capital Bank/Paypal Credit, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 13725527 | | Email/PDF: creditonebknotifications@resurgent.com | Aug 06 2021 23:42:24 | Credit One Bank, PO Box 60500, City of Industry, CA 91716-0500 |
| 13725529 | | Email/Text: mrdiscen@discover.com | Aug 06 2021 23:32:00 | Discover, 6500 New Albany Rd E, New Albany, OH 43054-8730 |
| 13739511 | | Email/Text: mrdiscen@discover.com | Aug 06 2021 23:32:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 13725530 | | Email/Text: bknotice@ercbpo.com | Aug 06 2021 23:33:00 | Enhanced Recovery Corp, 8014 Bayberry Rd, Jacksonville, FL 32256-7412 |
| 13809575 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 06 2021 23:42:24 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 13745161 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 06 2021 23:32:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 13725534 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 06 2021 23:42:28 | Merrick Bank, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 13725535 | | Email/Text: bankruptcydpt@mcmcg.com | Aug 06 2021 23:32:00 | Midland Funding LLC, 8875 Aero Dr Ste 200, San Diego, CA 92123-2255 |
| 13725538 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 06 2021 23:42:24 | Portfolio Recovery Assoc., 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 13773636 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 06 2021 23:42:31 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14304133 | + | Email/Text: bncmail@w-legal.com | Aug 06 2021 23:33:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 13725539 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 06 2021 23:42:28 | Sunoco Citibank, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 13725540 | | Email/PDF: gecsedi@recoverycorp.com | Aug 06 2021 23:42:31 | Syncb/Old Navy, Box 965005, Orlando, FL 32896-5005 |
| 13725542 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 06 2021 23:42:32 | THD/CBSD, PO Box 6497, Sioux Falls, SD 57117-6497 |

TOTAL: 27

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a**

District/off: 0313-4 | User: admin | Page 3 of 3
Date Rcvd: Aug 06, 2021 | Form ID: 138FIN | Total Noticed: 49

preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13795042 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13795050 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13795151 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13725531 | ## | First Step Group, 6300 Shingle Creek Pkwy Ste 220, Brooklyn Center, MN 55430-2162 |
| 13725532 | ## | Hayt Hayt & Landau, 123 S Broad St Ste 1660, Philadelphia, PA 19109-1003 |

TOTAL: 0 Undeliverable, 3 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 08, 2021        Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 6, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| JEROME B. BLANK | on behalf of Creditor Bank of America  NA, paeb@fedphe.com |
| KEVIN G. MCDONALD | on behalf of Creditor Bank of America  N.A. c/o Carrington Mortgage Services, LLC bkgroup@kmllawgroup.com |
| KEVIN G. MCDONALD | on behalf of Creditor Bank of America  NA, bkgroup@kmllawgroup.com |
| LISA MARIE CIOTTI | on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com ecf_frpa@trustee13.com |
| LYNN E. FELDMAN | on behalf of Debtor Claudia M Stemler feldmanfiling@rcn.com |
| REBECCA ANN SOLARZ | on behalf of Creditor BANK OF AMERICA  N.A. bkgroup@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| THOMAS YOUNG.HAE SONG | on behalf of Creditor Bank of America  NA, paeb@fedphe.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 9

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Claudia M Stemler
      Debtor(s)

Case No: 16−13344−pmm
Chapter: 13

___

## NOTICE OF DEADLINE TO OBJECT TO FINAL REPORT

To all parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has filed his final report and account. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed within 30 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

United States Bankruptcy Court
Office of the Clerk, Gateway Building
201 Penn Street, 1st Floor
Reading, PA 19601

In the absence of any objection, the Court may approve the Trustee's Final Report and Account.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 8/6/21

68 − 67
Form 138FIN